**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 22 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MYNOR HUMBERTO ANDRADE, | No. 22-1620 |
| Petitioner, | Agency No. A073-921-459 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 14, 2023**

Before:     SILVERMAN, WARDLAW, and TALLMAN, Circuit Judges.

Mynor Humberto Andrade, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We

review for abuse of discretion the denial of a motion to reopen. *Najmabadi v.*

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Holder*, 597 F.3d 983, 986 (9th Cir. 2010).  We dismiss the petition for review.

Our jurisdiction to review the BIA's discretionary decision not to reopen or reconsider proceedings sua sponte is limited to contentions of legal or constitutional error.  *See Lona v. Barr*, 958 F.3d 1225, 1227 (9th Cir. 2020).  We find no legal or constitutional error on the face of the BIA's decision.

The temporary stay of removal remains in place until the mandate issues.

**PETITION FOR REVIEW DISMISSED.**